AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>ISAIAH GIDDINGS,<br>BRIAN HEALION,<br>FREEDOM VY,<br><br>*Defendant(s)* | Case: 1:21-mj-00689<br>Assigned to: Judge Meriweather, Robin M.<br>Assign Date: 12/8/2021<br>Description: COMPLAINT W/ ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) and (2) | Unlawful entry on restricted buildings or grounds |
| 40 U.S.C. § 5104(e)(2)(D) and (G) | Violent Entry and Disorderly Conduct on Capitol Grounds |

This criminal complaint is based on these facts:

See attached Statement of Facts.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Nicole Miller, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/08/2021                        _____
                                         *Judge's signature*

City and state: Washington, D.C.         Robin M. Meriweather, U.S. Magistrate Judge
                                         *Printed name and title*