AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:21-mj-00689 |
| ISAIAH GIDDINGS | ) Assigned to: Judge Meriweather, Robin M. |
| | ) Assign Date: 12/8/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  ISAIAH GIDDINGS,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) and (2) (unlawful entry on restricted buildings or grounds); 40 U.S.C. § 5104(e)(2)(D) and (G) (Violent Entry and Disorderly Conduct on Capitol Grounds)

Date: 12/08/2021

2021.12.08
15:07:32 -05'00'

*Issuing officer's signature*

City and state:   Washington, D.C.

Robin M. Meriweather, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* December 8, 2021, and the person was arrested on *(date)* December 10, 2021
at *(city and state)* Philadelphia, PA.

Date: December 13, 2021

*Arresting officer's signature*

George J. Husk
*Printed name and title*