# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No. 21-MJ-689 |
| : | |
| **ISAIAH GIDDINGS et al.,** : | |
| : | |
| **Defendants.** : | |

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule of Criminal Procedure 44.5(e), please notice the withdrawal of Luke M. Jones as counsel for the United States in the above-captioned matter.

                                             Respectfully submitted,

                                             MATTHEW M. GRAVES
                                             United States Attorney
                                             DC Bar No. 481052

By:    */s/ Luke M. Jones*
              LUKE M. JONES, VA Bar No. 75053
              Assistant United States Attorney
              601 D Street, N.W.
              Washington, D.C. 20530
              (202) 252-7066
              Luke.Jones@usdoj.gov