**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | :   Case No. 21-mj-689 |
| | : |
| ISAIAH GIDDINGS, | : |
| BRIAN HEALION, and | : |
| FREEDOM VY, | : |
| | : |
| Defendants. | : |

**ORDER**

Based upon the representations in the Unopposed Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled status hearing on November 1, 2022 is to be continued for good cause to February 2, 2023 at 1:00 p.m.; and it is further

**ORDERED** that the time between November 1, 2022 and February 2, 2023 shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to review the voluminous discovery in this matter and discuss a potential resolution of the case.

_____
THE HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE